Territorial Law Library

IN THE SUPERIOR COURT OF GUAM

| | |
|---|---|
| THE PEOPLE OF GUAM | ) CRIMINAL CASE NO. CM0247-05 |
| | ) |
| vs. | ) |
| | ) |
| STEIN PEDRO aka Einstein Pedro, | ) DECISION AND ORDER |
| | ) |
| Defendant. | ) |
| | ) |

This matter came before the Honorable Alberto C. Lamorena III on May 6, 2009 on Defendant's Motion to Dismiss. Attorney Steven Leon Guererro appeared on behalf of the People of Guam. Appearing on behalf of Defendant was Attorney Pablo Aglubat. After reading the parties' briefs, the Court took the matters under advisement. The Court now issues its Decision and Order.

## FACTUAL HISTORY

On May 14, 2004, the Defendant was arrested for Driving While Under the Influence of Alcohol. Defendant was booked and released, and issued a Notice to Appear for April 13, 2005. Defendant was charged with the above offenses on March 24, 2005, however, Defendant failed to appear in court on April 13, 2005, at which time the Court issued a bench warrant for his arrest. On February 11, 2009, Defendant was brought into court and arraigned pursuant to the warrant.

-1-

## DISCUSSION

This Court has addressed Defendant's concerns regarding 8 GCA §60.10, §80.60 and the Sixth Amendment in its Decision and Order in CM0415-05, People v. Hartman, a case involving a similar fact pattern, issued on July 1, 2009. In that Decision and Order, the Court held that the actions of the People in these situations are not in violation of Defendant's rights.

## CONCLUSION

Based on the above, Defendant's Motion to Dismiss is hereby DENIED. A trial setting will be held on July 8, 2009 at 3:30 P.M.

**IT IS SO ORDERED** this 2nd day of July, 2009.

**Alberto C. Lamorena III**
Presiding Judge
Superior Court of Guam

-2-